Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
7-ELEVEN, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANAE KING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.; LAKE MEAD HOLDINGS, LLC,<br><br>Defendants. | Case No. 2:26-cv-00687-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(First Request) |

On April 27, 2026, Plaintiff Janae King ("Plaintiff") filed a First Amended Complaint (the "Complaint") in this action. (See ECF No. 14). Defendant 7 Eleven, Inc. ("Defendant") was served with the Summons and Complaint on April 30, 2026. Defendant's response to the Complaint is currently due on May 20, 2026.

In order to prepare an appropriate response, Defendant requires additional time to investigate and evaluate the allegations in the Complaint.

Accordingly, Plaintiff and Defendant hereby stipulate and agree that Defendant shall have a 20-day extension, until June 9, 2026, to file its response to the Complaint. This is the first request for such an extension.

Date: May 19, 2026

GREENBERG GROSS LLP

By: ___/s/ Michael A. Burnette___
Michael A. Burnette (NV Bar No. 16210)
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

Date: May 19, 2026

KING SCOW KOCH DURHAM LLC

By: ___/s/ Matthew L. Durham___
Matthew L. Durham (NV Bar No. 10342)
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
*Attorneys for Defendant 7-Eleven, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED: __May 20, 2026__     _____
UNITED STATES MAGISTRATE JUDGE