**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Janae King, | Case No. 2:26-cv-00687-JCM-EJY |
|     Plaintiff(s), | **Order** |
| v. | |
| Lake Mead Holdings LLC, | |
|     Defendant(s). | |

Given the parties' joint representation that holding an early neutral evaluation would be futile, Docket No. 29, the Court **VACATES** the early neutral evaluation.  The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and to remove the undersigned as the referral judge in this case.

IT IS SO ORDERED.

Dated: July 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1